10

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Qa Shontae Hosomia Short

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

**v.**

Enterprise Rental Car Sales
Avis Ford
La Fontaine
Mega MC car rental
Priceline

*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case: 2:24-cv-10877
Judge: Steeh, George Caram
MJ: Patti, Anthony P.
Filed: 04-05-2024 At 01:53 PM
CMP SHORT v ENTERPRISE RENTAL CAR SALES,et al. (sk)

Jury Trial:  ☐ Yes   ☐ No
*(check one)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name            QaShontae  Hasomla  Short

Street Address      3576  Marketplace  Circle

City and County     Rochester  Hills  Mich  48369  Oakland

State and Zip Code    Michigan      48309

Telephone Number    (810)  597-5189

E-mail Address      courtcases 79 @ gmail. com

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation.
For an individual defendant, include the person's job or title (if known).  Attach
additional pages if needed.

Defendant No. 1

Name            Enterprise Rental Car Sales

Job or Title
(if known)

Street Address      7830 Convention blvd

City and County     error of Macoml error of  Warren    Macomb

State and Zip Code    Michigan    48092

Telephone Number    (586) 204-6598

E-mail Address      unK
(if known)

Defendant No. 2

*Avis Car Sales*

Name            Avis  Ford dealership

Job or Title        Larry S.
(if known)

Street Address      29200 Telegraph rd.

*6170 W Grand ave.
suite 613 Gurnee, IL
60031*

City and County     Southfield    Oakland

State and Zip Code    Michigan    48034

Telephone Number    (248) 430-7977

E-mail Address      N/A
(if known)

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | *La Fontaine Flushing* |
| Job or Title (if known) | |
| Street Address | *1510 E. Pierson rd.* |
| City and County | *Flushing     Genesee* |
| State and Zip Code | *Michigan    48433* |
| Telephone Number | *(810) 605 - 5068* |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | *Mega MC car rental* |
| Job or Title (if known) | |
| Street Address | *200 W. Woodlawn rd. Suite G* |
| City and County | *Mecklenberg  Charlotte  Mecklenberg* |
| State and Zip Code | *North Carolina    28217* |
| Telephone Number | *(980) 498 - 6947* |
| E-mail Address (if known) | *booking@mega-mc.com* |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28: 1330  Breach of contract          28: 1331 pi Fed question
28: 1331  Fed question                          Personal injury
28: 1331 et  Fed question  Anti trust     28: 1331 Product liability
28: 1331 2u  Fed question  Auto negligence  28: 1331 Fed question
28: 1331 bc  Fed question  Breach of contract          Tort Action

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

28: 1331 Fed question
violation 5th + 8th Amend

1.     The Plaintiff(s)

a.     If the plaintiff is an individual
The plaintiff, *(name)* Qashontae  Hosomla  Short ,
is a citizen of the State of *(name)*  Michigan .

b.     If the plaintiff is a corporation
The plaintiff, *(name)*  N/A ,
is incorporated under the laws of the State of *(name)*
 N/A , and has its principal place of business in the
State of *(name)*  N/A .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the
State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

b.     If the defendant is a corporation
The defendant, *(name)* Enterprise , is incorporated
under the laws of the State of *(name)*  Missouri , and
has its principal place of business in the State of *(name)*
 Michigan . *Or* is incorporated under the laws of
*(foreign nation)* _____, and has its principal place
of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

3. The Amount in Controversy

*105 million*

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

~~I rented a vehicle~~

2020 I was in a car accident in January 2020 where my black Toyota TC was hit by a male driver, white, late 50's early 60's who lived in Davison, Michigan. My passenger side rear tire was hit and it bent my tire inward making it almost undriveable.

I was working for Huntington bank in downtown Flint Michigan and catching the bus to work so I decided to rent a car for days it was cold and snowy and weekends to get away from home. I rented a car from Budget car rental at the Bishop International airport for 1 day. I needed to keep it longer so I requested an extension and it was granted. I liked the car and wanted to purchase so I looked up their car buying process. I kept in contact with the car rental agent to let them know my intent to purchase. I was approved to purchase but it was for a vehicle in Gurnee Illinois. I drove to Illinois but do to traffic I needed to extend because I did not make the dealership before they closed.

I went to return the vehicle back to Bishop International Airport asked for an extension but was refused so I reserved a vehicle with a third party, Priceline, and returned the vehicle back to Bishop International airport after refilling the gas tank. Then I was told I could keep the vehicle from Bishop International Airport so I cancelled the Priceline reservation and my money was taken and not returned. The car rental place must have been following me and so me park at work at Huntington Bank. I came out of work and the vehicle was gone. I attempted to pay Budget via my debit card but they declined because they wanted to charge my credit card but my limit wasn't high enough. So I did not pay.

Then I was offered a job in North Carolina where I rented a vehicle from Mega MC Rental. I originally rented a Toyota Corolla then once I drove off the lot the police immediately followed me. Again I wanted or needed to rent the car for I day. I went to my interview then rented returned the vehicle. Paid for the rental then left. I returned back to rent another vehicle from Mega MC this time I needed it longer because I needed to go back to Michigan for my son who was hospitalized. I was continously paying but needed to keep it longer. They threatened me and sent nasty emails so reported them and filed a lawsuit against the company I was relocating to Charlotte Nc to work for. Again the rental car agency must have been following me they started stealing items out the vehicle so I would call the police. They disarmed the car so I had to have it towed to the Mazda dealership in Warren, MI and told the police I stole the vehicle. I relinquished the keys and the police took me to Enterprise where I purchased the 2018 Ford Focus. I complained of the car hesitating to go to the Salesmand during the test drive, he stated it was normal. I took the vehicle but noticed more and more problems. I called the dealership back because they had a 7 day buy back policy but they refused to take the vehicle back. I told the dealership it was transmission issue, they still refused. I took the car to AVIS FORD where the transmission issue was confirmed.

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

My son was shot in his head

I lost multiple jobs

I was viciously stalked, harrassed, followed, threatened and treated as a criminal that steals

Then I was victimized

I was forced in situations

I lost personal property

I was injury personally in multiple car accidents causing exaccerbation of my Anxiety and PTSD.
      PRICELESS

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  April 5          , 20 24 .

Signature of Plaintiff

Printed Name of Plaintiff   QASHONTAE H SHORT

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

Genesee county, Oakland county

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se

## DEFENDANTS

County of Residence of First Listed Defendant   Macomb
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

N/A

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☒ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☒ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
41 U.S.C. 7101(A)(1)   41 U.S.C. 7106(a)   41 U.S.C. 7109(1)(2)(b)

Brief description of cause:   (1day buyback)
Dealership breached the contract and breached the warranty   (repairs covered but not completed

## VII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 90,000 - 300,000   105 mil   CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   Premeditation car accident in Clio while in error my possession
NO PENDING CASES   JUDGE   Donetta Ambrose   DOCKET NUMBER   06-562   from LaFontire

DATE   I found   SIGNATURE OF ATTORNEY OF RECORD   CIVIL ACTION NO. 06-562

## FOR OFFICE USE ONLY

RECEIPT #   _____   AMOUNT   _____   APPLYING IFP   _____   JUDGE   _____   MAG. JUDGE   _____

PURSUANT TO LOCAL RULE 83.11

1.　　　　Is this a case that has been previously dismissed?　　　☒ Yes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ No

If yes, give the following information:

Court: 67th Judicial District

Case No.: C22G 3483-GC

Judge: Guinn, G. David

2.　　　　Other than stated above, are there any pending or previously
　　　　　discontinued or dismissed companion cases in this or any other
　　　　　court, including state court? (Companion cases are matters in which　☒ Yes
　　　　　it appears substantially similar evidence will be offered or the same　☐ No
　　　　　or related parties are present and the cases arise out of the same
　　　　　transaction or occurrence.)

If yes, give the following information:

Court: 7th Circuit

Case No.: 24 120634 NI

Judge: Bell, D. Celeste

Notes: Avis Ford has a complaint filed against them with Secretary of state
the FTC and BBB and MDCR support center.