UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QASHONTAE HOSOMLA SHORT,

    Plaintiff,

v.

ENTERPRISE RENTAL
CAR SALES, *et al.*,

    Defendants.
_____/

Case No. 24-10877

Hon. George Caram Steeh

## ORDER DENYING MOTION (ECF NO. 8)

The court dismissed Plaintiff's complaint on May 8, 2024, for lack of subject matter jurisdiction. The court found that Plaintiff did not allege facts supporting a federal cause of action or facts establishing diversity jurisdiction. *See* 28 U.S.C. §§ 1331, 1332. Plaintiff subsequently filed a motion containing additional allegations, although it is unclear what relief she is seeking. Assuming Plaintiff is requesting reconsideration of the court's dismissal order, she has not provided additional factual allegations establishing subject matter jurisdiction. In other words, Plaintiff has not shown that either diversity or federal question jurisdiction exists in this case. Without subject matter jurisdiction, the court lacks the authority to

hear the case. *See* Fed. R. Civ. P. 12(h)(3); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994) ("Federal courts are courts of limited jurisdiction," possessing "only that power authorized by Constitution and statute.").

Therefore, IT IS HEREBY ORDERED that Plaintiff's motion (ECF No. 8) is DENIED.

Dated: November 5, 2024

                                        s/George Caram Steeh
                                        HON. GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 5, 2024, by electronic and/or ordinary mail and also on QaShontae Hosomla Short, P.O. Box 3814, Flint, MI 48502.

s/LaShawn Saulsberry
Deputy Clerk